UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-155 |
| DOMINIQUE ALAINA BERRY | * | SECTION: "L" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE SENTENCING HEARING**

**NOW INTO COURT** comes the defendant, Dominique Berry, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the sentencing hearing in the above-captioned matter, which is presently set for October 15, 2020, for the following reasons:

I.

Ms. Berry's case and various factors relevant to her sentencing are inextricably tied to another case before a different district court. That case has not yet been resolved, and a trial is currently set for March 2021. Assistant United States Attorney Jordan Ginsberg has indicated that the government expects to know by the end of this year whether that case will be resolved or proceed to trial. Moreover, additional time is needed for the defendant's review and presentation of various complex sentencing issues. Further, a delay in sentencing would permit an in-person sentencing hearing, which would better serve the resolution of complex sentencing and mitigation issues raised by this case.

II.

Assistant United States Attorney Jordan Ginsberg has been contacted and has no objection to this continuance.

**WHEREFORE**, the defendant respectfully requests that the sentencing hearing in this matter be continued.

Respectfully submitted this 28th day of September, 2020.

    CLAUDE J. KELLY
    Federal Public Defender

    /s/Celia Rhoads.
    CELIA RHOADS
    Assistant Federal Public Defender
    Hale Boggs Federal Building,
    500 Poydras Street, Room 318
    New Orleans, Louisiana 70130
    Telephone:   (504) 589-7930
    E-mail:   celia_rhoads@fd.org
    Bar Roll No. 5317185

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jordan Ginsberg, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by email to U.S. Probation Office Marilyn Brasset.

/s/Celia Rhoads
CELIA RHOADS
Assistant Federal Public Defender