UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-155 |
| DOMINIQUE ALAINA BERRY | * | SECTION: "L" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the sentencing hearing in the above-captioned matter is hereby continued to the _____ day of _____, 20____ at _____ o'clock ____ m.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE