UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-155 |
| VERSUS | SECTION : L (4) |
| DOMINIQUE ALAINA BERRY, a/k/a Desiree Knowles | VIOLATION: 18:371, 18:1028A(a)(1) |

NOTICE OF SENTENCING  -   from 10/15/20

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, FEBRUARY 4, 2021, AT 2:00PM,  before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important:** **Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date:  October 2, 2020 | CAROL L. MICHEL, CLERK |
| TO: | by: Dean Oser, Deputy Clerk |
| DOMINIQUE ALAINA BERRY - CUSTODY<br>Celia Rhodes, Asst. FPD<br>Gary Schwabe, Asst. FPD | AUSA:  Jordan Ginsberg<br>U.S. Marshal |
| | U.S. Probation Officer |
| Special Agent Jennifer Terry, FBI | U.S. Probation Office - Pretrial Services Unit |
| **If you change address,<br>notify clerk of court<br>by phone, 504-589-7686** | **JUDGE**<br><br>**MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: NONE |