UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-155 |
| v. | * | SECTION: "L" |
| DOMINIQUE ALAINA BERRY | * | |
| | * | |

\* \* \*

## **O R D E R**

Considering the foregoing Joint Motion to Continue Restitution Hearing;

**IT IS HEREBY ORDERED** that the restitution hearing in the above-captioned matter presently scheduled for February 23, 2023, at 2:00 p.m., be and is hereby continued to the 27th day of April, 2023, at 2:00p.m.

Accordingly, this motion is **GRANTED**.

New Orleans, Louisiana, this 17th day of February, 2023.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE